```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 21610
  MARISA CERRILLOS
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

        Debtor
  SSN XXX-XX-0146

------------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 11/16/2007 and was confirmed 01/14/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors   8.00%.

     The case was converted to chapter 7 after confirmation 06/24/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
------------------------------------------------------------------------------
COOK COUNTY TREASURER     SECURED NOT I   NOT FILED             .00            .00
EMC MORTGAGE              CURRENT MORTG         .00             .00            .00
EMC MORTGAGE              MORTGAGE ARRE      686.10             .00         686.10
EMC MORTGAGE              CURRENT MORTG         .00             .00            .00
EMC MORTGAGE              MORTGAGE ARRE       42.53             .00          42.53
RENAISSANCE CONDO STATIO  CURRENT MORTG         .00             .00            .00
RENAISSANCE CONDO STATIO  MORTGAGE ARRE     3720.71             .00          59.84
INTERNAL REVENUE SERVICE  PRIORITY         23661.21             .00            .00
ROBERT J ADAMS & ASSOC    PRIORITY        NOT FILED             .00            .00
ASSET ACCEPTANCE LLC      UNSECURED          207.88             .00            .00
BAKER MILLER MARKOFF & K  NOTICE ONLY     NOT FILED             .00            .00
CREDIT PROTECTION         UNSECURED       NOT FILED             .00            .00
DEPENDON COLLECTION       UNSECURED       NOT FILED             .00            .00
LANCE S MARTIN            UNSECURED       NOT FILED             .00            .00
MEDCLR                    UNSECURED       NOT FILED             .00            .00
PIERCE & ASSOC            NOTICE ONLY     NOT FILED             .00            .00
SECRETARY OF STATE        NOTICE ONLY     NOT FILED             .00            .00
ASSET ACCEPTANCE LLC      UNSECURED          134.51             .00            .00
ASSET ACCEPTANCE CORP     UNSECURED          564.60             .00            .00
LVNV FUNDING LLC          UNSECURED          877.84             .00            .00
INTERNAL REVENUE SERVICE  UNSECURED        22115.28             .00            .00
PORTFOLIO RECOVERY ASSOC  UNSECURED         1660.97             .00            .00
ILLINOIS DEPT OF REVENUE  PRIORITY          4832.48             .00            .00
ILLINOIS DEPT OF REVENUE  UNSECURED          869.25             .00            .00
VILLAGE OF WILLOW SPRING  UNSECURED       NOT FILED             .00            .00
ROBERT J ADAMS & ASSOC    DEBTOR ATTY      3,296.33                        3,296.33
TOM VAUGHN                TRUSTEE                                            355.20
DEBTOR REFUND             REFUND                                                .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                         RECEIPTS          DISBURSEMENTS
```

PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 21610 MARISA CERRILLOS

```
--------------------------------------------------------------------------------
TRUSTEE                                    4,440.00

PRIORITY                                                              .00
SECURED                                                            788.47
UNSECURED                                                             .00
ADMINISTRATIVE                                                   3,296.33
TRUSTEE COMPENSATION                                               355.20
DEBTOR REFUND                                                         .00
                                         ---------------    ---------------
TOTALS                                     4,440.00              4,440.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                        /s/ Tom Vaughn
    Dated: 09/08/08                     _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE




                            PAGE   2
        CASE NO. 07 B 21610 MARISA CERRILLOS